IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Smm_ D.C.

05 OCT 27 AM 11: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

PATRICK JOYNT

No. 05-20363-1-Ma

## ORDER TERMINATING APPOINTMENT OF COUNSEL

The defendant has this day notified the Court that he has retained counsel, attorney Ted Hansom. IT IS THEREFORE ORDERED that the appointment of the CJA attorney, Autumn Chastain is hereby terminated.

This 26 day of October, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20363 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT